

FILED
CLERK, U.S. DISTRICT COURT

JUN - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15    UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 - 1264M

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )   ORDER OF DETENTION AFTER
                                   )   HEARING ( Fed.R.Crim.P. 32.1(a)(6)
            v.                     )   Allegations of Violations of Probation
                                   )   Supervised Release)
CARLOS EMILIO PINEDA - LARA        )   Conditions of Release)
                                   )
            Defendant.             )
_____)

        In this case involving alleged violations of conditions of probation or

supervised release, the Court finds no condition or combination of conditions

that will reasonably assure:

        (A)   [X]   the appearance of defendant as required; and/or

        (B)   ( )   the safety of any person or the community.

//

//

The Court concludes that :

A.  ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)  (X)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____No Bail Resource_____

_____Recovery After Deron_____

_____

_____

IT IS ORDERED that defendant be detained.

DATE: 6-27 , 2011

_____
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE